UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUREECE STONE CLARK, | No. 2:17-cv-0727 DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| DELL FARINAS, et al., | |
| Defendants. | |

By order issued March 30, 2018, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. (See ECF No. 9). The thirty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Although it appears from the file that plaintiff's copy of the order was returned as undeliverable due to the fact that plaintiff is no longer in custody, plaintiff was properly served. Service of documents at the record address of the party is fully effective. See L.R. 182(f).

Moreover, it is the plaintiff's responsibility to keep the court apprised of his current address at all times. See L.R. 183(b). More than sixty-three days have passed since the court order was returned by the postal service, and plaintiff has failed to notify the court of a current address.

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

IT IS FURTHER RECOMMENDED that the complaint be dismissed without prejudice for failure to obey a court order. See Fed. R. Civ. Proc. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 18, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/clar0727.fta.nca